IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RONALD MCBETH,

        Plaintiff,

v.

NANCY A. BERRYHILL,

        Defendant.

CIVIL ACTION
NO. 17-2861

**ORDER**

**AND NOW**, this 27th day of February 2018, upon consideration of the Report and Recommendation of Magistrate Judge Jacob P. Hart (Doc. No. 27), and that the Report and Recommendation has not been objected to by the parties, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 27) is **APPROVED** and **ADOPTED**.
2. Plaintiff's Request for Review (Doc. No. 16) is **GRANTED IN PART** and **DENIED IN PART** in accordance with the Report and Recommendation.
3. The matter is **REMANDED** for a re-evaluation of the report of Plaintiff's treating physician.

                                BY THE COURT:

                                /s/ Joel H. Slomsky
                                JOEL H. SLOMSKY, J.